UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SANTIAGO GOMEZ, HERNAN GOMEZ,** and **MANUEL PANDO,**<br><br>    Plaintiffs,<br><br>v.<br><br>**WIEN CAFE BAKERY** a/k/a Win Café Bakery, **HYEA SUG KIM**, an individual, and **TAE KWON KIM**, an individual,<br><br>    Defendants. | Case No. 1:12-cv-02144-JBW-JMA |

### REQUEST TO ENTER DEFAULT

**TO:**   Douglas C. Palmer, Clerk
     United States District Court
     Eastern District of New York

 Please enter default of Defendants Wien Café Bakery and Hyea Sug Kim pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned actions as fully appears from the court file herein.  Following Entry of Default, Plaintiff will move for a Default Judgment in an amount to be determined by the presiding Judge in this case upon consideration of certain factors presented to him for his consideration.  Attached hereto are an Affirmation of Penn Dodson, Esq. in support and a proposed certificate of default.

Respectfully submitted, this **25th** day of **August, 2012.**



275 Madison Avenue
Suite 705
New York, NY  10016
646.502.7751
www.goldbergdohan.com

GOLDBERG & DOHAN, LLP

_____
**Penn U. Dodson (PD 2244)**
*pdodson@goldbergdohan.com*
Attorney for Plaintiffs

275 Madison Ave., Ste. 705
New York NY 10016
(646) 502-7751 direct
(800) 719-1617 main
(888) 272-8822 fax



275 Madison Avenue
Suite 705
New York, NY 10016
646.502.7751
www.goldbergdohan.com

*Gomez et al  v. Wien Café Bakery et al*   Request for Entry of Default
Case No. 1:12-cv-02144-JBW-JMA   Page 2