**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SANTIAGO GOMEZ, HERNAN GOMEZ,** and **MANUEL PANDO,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**WIEN CAFE BAKERY** a/k/a Win Café Bakery, **HYEA SUG KIM**, an individual, and **TAE KWON KIM**, an individual,<br><br>                    Defendants. | Case No. 1:12-cv-02144-JBW-JMA |

### CLERK'S CERTIFICATE OF DEFAULT

I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above captioned action indicate that Defendants Wien Cafe Bakery and Hyea Sug Kim were served with a copy of the Summons and Complaint on August 1, 2012 via personal service upon Hyea Sug Kim..

I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein.

The Default of Defendants Wien Cafe Bakery and Hyea Sug Kim is hereby noted.

Dated: _____, 2012

                                        /s/ Douglas C. Palmer, Clerk of Court

                                        By: _____


275 Madison Avenue
Suite 705
New York, NY  10016
646.502.7751
www.goldbergdohan.com

*Gomez et al  v. Wien Café Bakery et al*              Request for Entry of Default
Case No. 1:12-cv-02144-JBW-JMA                                              Page 6